■ YOSSI BAKING CORP., Appellant, v ALLSTATE INSURANCE COMPANY, Respondent. [628 NYS2d 563] —Appeal by the plaintiff from an order of the Supreme Court, Suffolk County (Newmark, J.), dated March 8, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Newmark at the Supreme Court. Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.